## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE APPOLLONI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>Defendant. | CIVIL ACTION NO. |

### DECLARATION OF THOMAS RENARD

I, Thomas Renard, hereby declare under the penalty of perjury that the following is true and correct pursuant to 28 U.S.C. § 1746:

1. My name is Thomas Renard. I am the Vice President, Business Intelligence and Reporting at the Pennsylvania Higher Education Assistance Agency ("PHEAA"). I make this declaration based on my personal knowledge and my review of business records maintained by PHEAA. I am over the age of eighteen years, am of sound mind, have personal knowledge of the facts and matters set forth herein, unless noted as based on information and belief, and such are true and correct to the best of my knowledge.

2. PHEAA's business records show that, as of November 28, 2018, PHEAA services student loans for 219,529 borrowers residing in the Commonwealth of Massachusetts.

3. PHEAA's business records show that, as of November 28, 2018, PHEAA services federally owned student loans for over 100,000 borrowers residing in the Commonwealth of Massachusetts.

I, Thomas Renard, hereby declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: December 6, 2018         By: _____
                                    Thomas Renard
                                    PHEAA Vice President, Business
                                    Intelligence and Reporting